**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DIMPLE MOONEY** **PLAINTIFF**

**v.** **Civil Action No. 2:17-CV-204-KS-MTP**

**SHELTER MUTUAL INSURANCE COMPANY; RIMKUS CONSULTING GROUP, INC.; TONY RUSSELL CLARK; and JOHN DOES 1-5** **DEFENDANTS.**

**DEFENDANT RIMKUS CONSULTING GROUP, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

**COMES NOW**, Defendant Rimkus Consulting Group, Inc. ("Rimkus"), and submits, pursuant to Local Rule 7(c), a statement of corporate ownership so that the Judges of this Court may evaluate the potential application of Canon 3C(1)(c) of the Code of Conduct for United States Judges. Therefore, Rimkus would state unto the Court that:

Rimkus is a privately held corporation. No shares of the corporation are owned by any corporation, publicly traded or otherwise. Rimkus has no parent corporation.

Respectfully submitted, this 21st day of December, 2017.

RIMKUS CONSULTING GROUP, INC., Defendant

By: /s/ James C. Simpson, Jr.
James C. Simpson, Jr. (MSB# 6810), its attorney

James C. Simpson, Esq.
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: (228) 867-7141
Facsimile: (228) 867-7142
jcs@wisecarter.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a true and correct copy of the above and foregoing instrument by causing a copy of same to be filed using the Court ECF system, which forwarded notice to all counsel of record as follows:

Paul Manion Anderson
MCHARD, MCHARD, ANDERSON & ASSOCIATES, PLLC
15 Milbranch Road
Hattiesburg, MS 39402-1673
601/450-1715
Fax: 601/450-1719
Email: manderson@mchardlaw.com

Helen Virginia Kramer
MCHARD, MCHARD, ANDERSON & ASSOCIATES, PLLC
15 Milbranch Road
Hattiesburg, MS 39402-1673
601-450-1715
Fax: 601/450-1719
Email: vkramer@mchardlaw.com 39207

ATTORNEYS FOR PLAINTIFF

Robert Bradley Best
HOLCOMB DUNBAR WATTS BEST MASTERS & GOLMON, P.A.
POST OFFICE DRAWER 707
Oxford, MS 38655-0707
662/234-8775
Fax: 662/238-7552
Email: bradbest@holcombdunbar.com

Edward Russell McNees
HOLCOMB DUNBAR, P.A. - Oxford
P. O. Drawer 707
400 S. Lamar Blvd., Suite A
Oxford, MS 38655-0707
662/234-8775
Fax: 662/238-7552
Email: rmcnees@holcombdunbar.com

ATTORNEYS FOR SHELTER MUTUAL INSURANCE COMPANY

Respectfully submitted, this 21st day of December, 2017.

By: /s/ James C. Simpson, Jr.
James C. Simpson, Jr. (MSB# 6810)

James C. Simpson, Esq.
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: (228) 867-7141
Facsimile: (228) 867-7142
jcs@wisecarter.com